

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2020

No. 04-20-00155-CR

Juan **KELA,** Jr.
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 623424
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

The court reporter has filed a notice of late record stating appellant has not paid or arranged to pay for the reporter's record. *See* TEX. R. APP. P. 35.3(b)(3) (providing the court reporter is not required to file a reporter's record unless "the party responsible for paying for the preparation of the reporter's record has paid the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee, or is entitled to appeal without paying the fee.").

We **ORDER** appellant to provide written proof to this court, within 10 days of this order, that appellant has either paid or arranged to pay the reporter's fee or is entitled to the record without prepayment of the reporter's fee. *See id.* R. 20.1, 34.6(b)(1), 35.3(b). If appellant fails to provide such proof by the date ordered, appellant's brief will be due by **May 26, 2020**, and the court will only consider those issues or points raised that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2020.

MICHAEL A. CRUZ,
Clerk of Court